**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**ROOSEVELT LAWRENCE,** :
:
　　**Petitioner,** :
:
　　**v.** : **Civil Action No.**
: **7:10-cv-59 (HL)**
**DONNIE THOMPSON, Warden,** :
:
　　**Respondent.** :
**_____**:

## ORDER

Before the Court is the Recommendation (Doc. 18) entered on June 29, 2011, of United States Magistrate Judge Thomas Q. Langstaff, in which the Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S. § 2254 (Doc. 1) be denied and Defendant's motion to dismiss (Doc. 7) be granted.  Petitioner has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. The Court adopts the Report and Recommendation.  The Defendant's motion to dismiss Petitioner's Motion to Vacate, Set Aside, or Correct His Sentence (Doc. 7) is granted.  The petition for habeas relief (Doc. 1) is denied without prejudice.

A certificate of appealability ("COA") is also denied.  For the reasons set forth in the Recommendation, the Petitioner has failed to make a "substantial showing of the denial of a constitutional right."  <u>See</u> 28 U.S.C. § 2253(c)(2) (requiring that a COA be

denied if there is no "substantial showing of the denial of a constitutional right.").

     **SO ORDERED**, this the 26th day of July, 2011.


                        *s/ Hugh Lawson*

                        **Hugh Lawson, Senior Judge**

lmc